## IN THE US DISTRICT COURT OF THE EASTERN DISTRICT OF TEXAS

**PLAINTIFF: TANNER SMITH**

**DEFENDANT: HAVEN ISOM**
**& HALEY ISOM**

§
§
§
§
§
§
§
§
§
§

**CAUSE NUMBER:**  4:23-cv-874 SDJ/AGD

## PETITION FOR DAMAGES FOR DEFAMATION

COMES NOW, Plaintiff, Tanner Smith, with his Petition for this Damages For Defamation and his Request that this court enact putative justice against the Defendants. In support, Plaintiff states as follows:

## I. INTRODUCTION

1. Plaintiff Tanner Smith, brings this lawsuit against Haven Briann Isom AND Haley Isom, seeking damages for defamation.

2.  Plaintiff is a resident and citizen of the state of Oklahoma. Defendants are residents and citizens of the state of Texas.

3. The conduct of the defendants was extreme and outrageous and caused Plaintiff to suffer public shaming, mockery, and severe emotional distress and debilitating hardship.

## II. JURISDICTION AND VENUE

The jurisdiction of this court is proper because the Defendants reside in Denton County, Texas and the party upon whom the distress was intentionally inflicted (i.e., the Plaintiff) lives in Oklahoma.

Thus, the Federal Jurisdiction in this case is based in the diversity of citizenship of the parties.

## III. FACTUAL ALLEGATIONS

1. Tanner Smith and Haven Isom became pregnant with a child on or about January 01, 2022.

2. Tanner Smith and Haven Isom discovered that they were pregnant on January 31, 2022.

1

3. On or about February 1, 2022, Haven Isom made a statement to Tanner Smith via text message that she was surprised about the pregnancy because the couple had been "low key trying for so long." This message was a blatant concession of Haven Isom's intent to become pregnant with Tanner Smith. (*see* **Exhibit 1**).

4. On or about February 21, 2022, Haven Isom ended her romantic relationship with Tanner Smith due to a message from another woman that Haven Isom found on Tanner Smith's Facebook.

5. Over the subsequent months that followed, Haven Isom engaged in a campaign of character assassination of Tanner Smith so as to justify her intent to wantonly alienate Tanner Smith as a father from his daughter.

6. On or about December 15, 2022, Haven Isom and her sister, Haley Isom, created a "gofundme" page titled "Haven and Ember." This page was for the express purpose of asking the donors to donate money for Haven Isom's legal expenses in her pursuit to stave Tanner Smith off in his attempts to Petition to see his daughter. (*see* **Exhibit 2**)

<u>7.</u>

Within the aforementioned "gofundme" page, several defamatory statements were made.

Some of the defamatory statements made were as follows:

i.      "Now her ex is asking for 50/50 custody." (*see* **Exhibit 2**)

 - At the time, no such request had been made by Tanner Smith in this matter.

ii. "[Tanner Smith] got [Haven Isom] pregnant as a way to control her." (*see* **Exhibit 2**)

 - This is acutely false, and flies in the face of Haven Isom's prior statements to Tanner Smith that she had been "lowkey trying" to become pregnant with him for a long period prior to the pregnancy. It intentionally falsely depicts Tanner Smith as a manipulative sociopath, who impregnated Haven without her consent and so as to gain power over her life.

iii. "We will fight to make sure Ember never has to be victim to the abuse [Haven] suffered." (*see* **Exhibit 2**)

 - This is blatantly defamatory language which intentionally falsely depicts Tanner Smith as a violent abuser of Haven Isom. No court of law in any jurisdiction has found Tanner Smith guilty of violence toward Haven Isom, nor have any charges been pressed against Tanner Smith for such type of violent misconduct against Haven Isom.

2

IV. LEGAL CLAIMS

The conduct of the Defendants constitutes defamation under Texas Civil Practice And Remedies Code §73.001.

The conduct of the Defendants constitutes defamation under 28 U.S. Code §4101.

The conduct of the Defendants constitutes defamation under Okla. Stat. tit. 12, §1441.

Defendant's conduct meets the following criteria:
   I.      The defendants acted with intent.
   II.     The defendants conduct was outrageous.
   III.    The defendants intended to defame the Plaintiff by knowingly and publicly making false statements about the Plaintiff.
   IV.     The distress resulting from the Defendants' actions was severe.

Plaintiff is entitled to damages for the defamation caused by Defendants' intentional conduct.

V. PRAYER

WHEREFORE, Plaintiff, Tanner Smith, prays that this Court:

a. Award damages against Defendants, Haven Isom and Haley Isom for defamation of character of the Plaintiff, Tanner Smith.

b. Award Plaintiff all damages to which Plaintiff may be entitled, including but not limited to actual damages, punitive damages, and attorney's fees; and

c. Award any other relief that this Court deems just and proper.

Respectfully submitted,

Tanner Smith

By: Tanner Smith
Pro Se Litigant
/S/Tanner Smith
705 Shirley Ln,
Madill, Oklahoma 73446
(580)263-4460
tj9er9er@gmail.com

3



**EXHIBIT 2**

5. 4



**Haven & Ember**

$430 raised of $10,000 goal • 8 donor

Share

Donate now

Haley Isom is organizing this fundraiser.

By now, if you know our family, you probably know a little about Haven and Embers story. Ember is such a blessing in our families life, but

got her pregnant as a way to control her. We're so thankful that Haven was strong enough to leave him and choose to raise her daughter with her families support in the safest and most loving environment possible. Now her ex is asking for 50/50 custody. As you may well know, lawyers and legal fess are extremely expensive, but we will fight to make sure Ember never has to be victim to the abuse her mother suffered. We've all pitched in to help pay for everything, but the best isn't cheap, and it's nothing but the best for our Ember. We know God has a plan for our family and will always take care of us. If you're able and would like to donate, we'd be forever grateful, but we'd also love your thoughts and prayers during this painful, stress ridden, and anxious time. I know that Haven and Ember have so many people who love them and will cover them in support during this time. We're so thankful for every one of you. We believe that God will make a way when there seems to be no way. He often works in ways we cannot see. We put our whole trust in His hands. If you are wanting to share this, please make sure it is privately.

Thank you,

Haley

Share     Donate

## Certificate of Service

I certify that a true copy of this Motion to Compel was served in accordance with rule 21a of the Texas Rules of Civil Procedure on the following on September 27, 2023:

Haven Isom and Haley Isom via United States Postal Service.

/s/ *Tanner Smith*
Tanner Smith
*Pro se litigant*

**Retail**



UNITED STATES
POSTAL SERVICE®

75024

**$2.07**

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
OKLAHOMA CITY, OK 73102
SEP 27, 2023

R2304W120117-76

**FROM:**

Tanner Smith
705 Shirley Ln
Madill, OK
73446

RECEIVED    RECEIVED

SEP 29 2023

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

SEP 29

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

**TO:**

US District Court (Texas, Eastern District)
7940 Preston Rd
Plano, Tx
75024

**Photo Document Mailer**
9 3/4" x 12 1/4"

ReadyPost®